THE WABASH RAILROAD COMPANY

*v.*

THE PEOPLE *ex rel.* Frank L. Sonnet, County Treasurer.

*Opinion filed December 22, 1904—Rehearing denied Feb. 9, 1905.*

This case is controlled by the decision in *Chicago, Burlington and Quincy Railroad Co.* v. *People,* (*ante,* p. 458.)

APPEAL from the County Court of Adams county; the Hon. CHARLES B. McCRORY, Judge, presiding.

C. N. TRAVOUS, for appellant.

JAMES N. SPRIGG, County Attorney, for appellee.

Per CURIAM: All of the questions involved in this case are fully considered in the case of *Chicago, Burlington and Quincy Railroad Co.* v. *People,* (*ante,* p. 458,) and in accordance with the views therein expressed the judgment of the county court is reversed and the cause remanded

*Reversed and remanded.*